# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 7, 2018

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 18-3389<br><br>Caption:<br>IN RE:<br>SHERMAN L. FIELDS,<br>    Petitioner |
| District Court No: 2:16-cv-00418-JMS-MJD<br>Clerk/Agency Rep Laura A. Briggs<br>District Judge Jane Magnus-Stinson |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)