# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 13, 2018

Before

**MICHAEL S. KANNE**, *Circuit Judge*

| No. 18-3389 | IN RE:<br>    SHERMAN L. FIELDS,<br>        Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD<br>District Judge Jane Magnus-Stinson | |

The following is before the court: **PETITION FOR A WRIT OF MANDAMUS**, filed on November 7, 2018, by pro se Petitioner.

**IT IS ORDERED** that counsel for petitioner Sherman Fields shall file a response to the petition by November 26, 2018. In addition to any other issues, counsel should address the current status of Fields's petition and any settlement negotiations in the district court.

form name: **c7_Order_3J**(form ID: **177**)