**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| In Re: | NO. 18-3389 |
| SHERMAN L. FIELDS,<br>Petitioner. | MOTION TO EXTEND TIME |

Petitioner, Sherman Fields, through undersigned counsel, moves this Court to extend time to file until December 7, 2018, a response to Mr. Fields's pro se mandamus petition, addressing the current state of the petition and any settlement negotiations in the district court.  Undersigned counsel is meeting in person with Mr. Fields, who is on federal death row in USP Terre Haute on November 26, 2108.  After meeting with Mr. Fields, counsel's response will be better informed.

DATED this 21st day of November 2018.

/s/Jeffrey E. Ellis
Jeffrey E. Ellis, WSBA #17139
*Attorney for Mr. Lui*
Law Offices of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com

MOET--1

**CERTIFICATE OF SERVICE**

I, Jeffrey Ellis, certify that on today's date, I served Mr. Fields with a copy of the attached motion by sending a copy via United States Postal Services, postage pre-paid.

November 21, 2018//Portland, OR                  /s/Jeffrey Ellis
Date and Place                                    Jeffrey Ellis

MOET--2