# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 26, 2018

Before

MICHAEL S. KANNE, *Circuit Judge*

| No. 18-3389 | IN RE: |
| | SHERMAN L. FIELDS, |
| | Petitioner |
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD District Judge Jane Magnus-Stinson | |

Upon consideration of the **MOTION TO EXTEND TIME**, filed on November 21, 2018, by counsel for Petitioner,

**IT IS ORDERED** that the motion for extension is **GRANTED**. Counsel for Sherman Fields shall file a response to the petition by December 7, 2018.

form name: **c7_Order_3J**(form ID: **177**)