JUDGE MICHAEL S. KANNE
CIRCUIT JUDGE
EVERETT MCKINLEY DIRKSEN
UNITED STATES COURTHOUSE
ROOM 2722
CHICAGO, ILLINOIS 60604

U.S.C.A. – 7th Circuit
RECEIVED

DEC 03 2018

GINO J. AGNELLO
CLERK

U.S.C.A. – 7th Circuit
RECEIVED

DEC    2018    DL    GINO J. AGNELLO
CLERK

IN RE: No. 18-3389

Today 11/26/2018 my Attorney(s) Jeff Ellis and Peter Isajiw came to visit me. I was told once again that the Prosecution want to get rid of my Death sentence along with the murder charge, but I have to agree not to  challenge the carjacking. This is confusing to me because there are fingerprints  that prove either the alleged carjacking victim either fabricated the carjacking claim so she could sue Civigenics, or if there was a carjacking  I'm not the culprit of that crime as I've always maintained, yet the prosecution want me to agree to give up more of my life when in fact I'm innocent.

It is the prosecutors duty to seek justice, and when they are wrong  admit it, concede it, and do the right thing. Yet here in my case they suppressed evidence, lied to deflect away from evidence that exonerates me, and fabricated evidence to effectuate my conviction(s) and Death sentence, now they're saying, " We will dispose of the Murder case and the death penalty, but we want to keep you incarcerated for countless more years on top of the eighteen years that we've already stolen from you."
I don't understand that.

It appears that the prosecution just want to maintain and/or sustain any part of my conviction out of maliciousness. Why? Your Honor, if the prosecution isn't going to do what's right I ask that this Court use its Supervisory Authority and have my original § 2241

Petition sent up from the district Court, Rule on the merits of that Petition and the evidence presented to you in my Writ of Mandamus/Writ of Actual Innocence and Order my immediate release. It's Unconstitutional to force an innocent man to continue to be subjected to the continued violation of his Constitutional Rights and when the evidence of innocence is as strong and overwhelming as it is in my case release should be immediate. It should be unthinkable for the prosecution to demand that the only way I can live is to agree not to challenge a carjacking where the prosecutors defrauded the Courts in the most egregious manner claiming that " There was no finger-prints or nothing, this thing was clean," while knowing all along that there was fingerprints and those prints don't match me.

The same thing happened in the murder case, where the prosecutor helped the real murderer(s) hide the car that they were driving so the car wouldn't be subjected to forensics testing, and then lied and defrauded the Court stating that the car that I was driving " looked detailed " or " wiped down " so they didn't find blood, while knowing all along that the car wasn't clean, and they suppressed the forensics photo's so the jury couldn't see that the car wasn't clean.

The Government is supposed to be the " Gold Standard ", but here in my case the Government will risk the integrity of the Justice system in order to murder an innocent man. Again, You're honor, I ask that you Rule on the merits of my Petition and Order my immediate release.

Respectfully Submitted

Sherman Fields  11/26/18
Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808