**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　Petitioner,<br>　v.<br><br>JANE MAGNUS-STINSON,<br>　　　　　Respondent. | No. 18-3389<br><br>RESPONSE TO MANDAMUS<br>PETITION BY COUNSEL<br>FOR PETITIONER<br><br><br>*THIS IS A CAPITAL CASE |

**RESPONSE**

Sherman Fields is a death sentenced inmate currently housed at USP Terre Haute.  He has an on-going petition in the Southern District of Indiana, for post-conviction relief pursuant to 28 U.S.C. § 2241 (the "§ 2241 Petition") which raises two claims:  (1) actual innocence; and (2) a challenge premised on the recent Supreme Court decisions in *Johnson v. United States*, 576 U.S. __ (2015), and *Sessions v. Dimaya,* 584 U.S. __ (2018).  In addition to the Petition, Mr. Fields has made a *pro se* filing for a Writ of Mandamus in the captioned matter (the "Mandamus Petition").

In connection with the Mandamus Petition, This Court directed:

IT IS ORDERED that counsel for petitioner Sherman Fields shall file a response to the petition…In addition to any other issues, counsel

should address the current status of Fields's petition and any settlement negotiations in the district court. *See* November 13, 2018 Order.

Undersigned counsel, along with Peter Isajiw, a partner in the New York office of King & Spalding LLP, have represented Mr. Fields for over a decade now, including in his § 2255 proceedings, the § 2241 Petition, and the Mandamus Petition that is subject to Mr. Fields's current *pro se* motion, among other proceedings.

In response to the Court's Order, the § 2241 Petition below is still pending and has recently been transferred to Judge James Patrick Hanlon. Currently, the district court proceedings related to the § 2241 Petition are stayed so that the parties can attempt to negotiate an agreed resolution. Those negotiations are on-going and the parties are working to resolve differences. At this juncture, undersigned counsel seeks to continue to work toward an agreement. If it becomes clear that no agreement can be reached, counsel will immediately notify the district court and move to dissolve the stay on the § 2241 Petition.

Undersigned counsel recently met with Mr. Fields at USP Terre Haute. After meeting with Mr. Fields in person, Mr. Fields advised that he wishes counsel to continue to represent him. Regarding Mr. Fields's Mandamus Petition before this Court, Mr. Fields urges this Court to exercise its

supervisory power and either assume control or direct the district court to take steps to resolve his innocence claim.  Undersigned counsel fully supports Mr. Fields's innocence claim.  In addition, undersigned counsel agrees that if a settlement cannot be reached that Mr. Fields's innocence claim should be adjudicated without delay.  However, at this juncture it appears premature to request that this Court exercise its supervisory power and issue a writ of mandamus.  Instead, undersigned counsel respectfully requests that this matter remain pending in this Court until and unless the parties declare that they are unable to reach a settlement.

DATED this 6th day of December 2018.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
503.222.9830 (o)
JeffreyErwinEllis@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, a copy of the foregoing Status Report was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

December 6, 2018/Portland, OR                    s/Jeffrey Erwin Ellis