# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted December 12, 2018
Decided December 14, 2018

Before

MICHAEL S. KANNE, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 18-3389 | IN RE:<br>    SHERMAN L. FIELDS,<br>    Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD<br>District Judge Jane Magnus-Stinson | |

The following are before the court:

1. **PETITION FOR WRIT OF MANDAMUS**, filed on November 7, 2018, by pro se Petitioner.

2. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on November 7, 2018, by pro se Petitioner.

3. **LETTER REGARDING APPEAL**, filed on December 3, 2018, by pro se Petitioner.

4. **RESPONSE**, filed on December 6, 2018, by counsel for Petitioner Sherman L. Fields.

Review of the record and counsel's response shows that this court's involvement is not necessary at this time. Accordingly,

**IT IS ORDERED** that the petition for writ of mandamus is **DENIED**.

**IT IS FURTHER ORDERED** that no filing fee will be assessed for this petition.

form name: **c7_Order_3J**(form ID: **177**)