To the Honorable Judge Michael S. Kanne

CIRCUIT JUDGE
United States Court of Appeals
For the Seventh Circuit
219 Dearborn Street
Chicago, Illinois 60604-1874



U.S.C.A.-7TH CIRCUIT
RECEIVED
DEC 17 2018
GINO J. AGNELLO
CLERK

IN RE: Case No. 18-3389

Today, Wednesday December 12, 2018 I received the Response from Attorney Jeffrey Ellis pursuant to the Order issued by this Court. In regards to that response I want the record to be clear. (1). My Original Petition ( 2241 ) is indeed Actual Innocence first and foremost, but there is also a Brady Issue, A Judicial Bias Issue, A challenge to the Death penalty, A challenge to the Antiterrorism and Effective Death Penalty Act, A criminal violations issue, A fraud On the Court issue, and other issues important to the matter at hand. And (2). As I've told the Court, I will keep my attorney(s) BUT my Actual Innocence has to be first and foremost. What confuses me is that, in my case where forensics reports show that had the government not Defrauded the Courts, no jury would/could have found me guilty, yet my attorney(s) is focused on a " JOHNSON ISSUE ". Granted an Actual Innocence case would be the best case to carry a " JOHNSON ISSUE " as set precedent, but that SHOULD NOT take away from, distort or slow my release by any means. It is Unconstitutional IN EVERY SENSE to force me to WAIT to be exonerated in a case such as mine, where the evidence is overwhelming that I'm innocent, the prosecution willfully framed me for the crime(s) of conviction, and the evidence proves that the prosecution knowingly, intentionally, deliberately and willfully lied in order to hide the physical evidence that would have exonerated me. If my attorney's want to play " Hide and seek " games with prosecutors that clearly don't have my best interest, or the best interest of the integrity of the Justice system at heart then let them do that, but allow them to do it after and/or while I'm a free man as justice dictates.

Sincerely/Respectfully
Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana 47808

Case: 18-3389     Document: 9     Filed: 12/17/2018     Pages: 2

SHERMAN LAMONT FIELDS
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana 47808

INMATE
IDENTIFICATION
CONFIRMED



LEGAL MAIL

SPECIAL MAIL
28 C.F.R § 540.18

⇔15651-180⇔
Everett Mckinley Dirksen
U.S. Courthouse
219 S Dearborn ST
Room 2722
Chicago, IL 60604
United States