# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 26, 2018

*By the Court:*

| No. 18-3389 | IN RE:<br>SHERMAN L. FIELDS,<br>Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD<br>District Judge Jane Magnus-Stinson | |

The following is before the court: **LETTER**, filed on December 17, 2018, by the pro se petitioner.

Petitioner Sherman Fields does not seek any relief from this court in his letter and can raise any concerns regarding his habeas corpus petition with his attorneys. Accordingly, Fields's letter will be filed without court action.

form name: **c7_Order_BTC**(form ID: **178**)