# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 11, 2019

Before

MICHAEL S. KANNE, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 18-3389 | IN RE:<br>    SHERMAN L. FIELDS,<br>    Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD<br>District Judge Jane Magnus-Stinson | |

The following is before the court: **WRIT OF ACTUAL INNOCENCE**, construed as a motion for reconsideration or clarification, filed on January 2, 2019, by the pro se petitioner.

**IT IS ORDERED** that the motion is **DENIED**. Sherman Fields's attorney continues to represent his interests in the district court and this court's involvement is not necessary. Further, any request for release must first be presented and resolved in the district court. See Fed. R. App. P. 9.

form name: **c7_Order_3J**(form ID: **177**)