IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

U.S.C.A. - 7th Circuit
RECEIVED
JAN 1 4 2019
GINO J. AGNELLO
CLERK

SHERMAN L. FIELDS,
        Petitioner,

No. 18-3389

COURT UPDATE

v.

* THIS IS A CAPITAL CASE

WARDEN USP TERRE HAUTE
        Respondent.

---

COURT UPDATE ON
ATTORNEY/CLIENT RELATIONSHIP

---

On 11/7/2018 Petitioner Sherman Lamont Fields  filed a Pro Se
Writ of Mandamus/Writ of Actual Innocence with this Court and the
Court ordered Petitioner's Court Appointed Counsel to respond.

On 12/06/18 Counsel responded stating that they believe in
Petitioner's innocence and asked the Court to allow them to Continue
as Counsel stating, " Undersigned Counsel along with Peter Isajiw,
a partner in the New York office of King and Spalding LLP, have
represented Mr. Fields for over a decade now ", and asked the Court
to allow them to continue to try to make a " deal " with the
prosecution.

On 12/14/2018 The Court denied the Writ of Mandamus, due in
part to Counsel's response.

On 1/2/2019 Petitioner asked this Court to  answer the remaining
question dealing with the Writ of Actual Innocence.

1

On 1/7/2019 Petitioner Fields talked to Attorney's Jeff Ellis and Peter Isajiw via telephone conference, the conversation became quite heated and some things were said ( by all parties ) that further damaged this already fractured relationship.

As noted in previous filings Petitioner Fields filed issues pertaining to his Actual Innocence and presented " newly presented " physical evidence, forensics reports and Brady material that Counsel failed to present on § 2255; Evidence when viewed in light of the evidence presented by the prosecution proves that Petitioner is Actually and factually innocent.

Petitioner Fieldss filed a Novel Issue via § 2241 where both the District Judge and a Judge on the 5th Circuit Court of Appeals was effectively bias, as laid out in that Petition, showing that the Judge(s) Unconstitutionally denied Petitioner's appeals based on an Unreasonable Determination of the facts because (1) The District Judge was friends with the Judge for the victim's family; and (2) Fifth Circuit Judge Edith Jones believes that " Black males are violent "; " Black people are predisposed to violence "; And " No one is innocent "; That's everything that Petitioner Fields is. He's black, he's a black male, and he's innocent.

However, despite the fact that the government inadvertently admitted that they violated both Brady v. Maryland, and Napue v. Illinois in order to effectuate petitioner's conviction and Death sentence Counsel have chosen to derail Petitioner's Actual Innocence issue in lew (sic) of a " Johnson Issue. There is no path forward. Petitioner have been steadfast about his innocence and have never wavered and the " newly presented " evidence proves that had the prosecution not illegally and Unconstitutionally thwarted petitioners efforts to prove that he is indeed innocent at trial petitioner would have been exonerated.

From the very moment Counsel filed Petitioner's § 2255 Petitioner have repeatedly filed Pro se briefs and Motions in order to get the evidence of his innocence in front of a Court until in 2016 the Supreme Court instructed petitioner to " file in the District of Incarceration ". Petitioner filed in the Southern district of Indiana and Petitioner's § 2255 Counsel took over and amended the brief with a " Johnson issue " that has now taken precedent over petitioner's Actual Innocence. The prosecution is thrilled about that

because no one is talking about the fact that they inadvertently conceded that they violated Brady v. Maryland and Napue v. Illinois and that admission proves petitioner's innocence.

Counsel for petitioner have repeatedly told Petitioner that they will not " bargain away his life ", yet on Monday 1/7/2019 Counsel implored Petitioner to accept a Life sentence that the prosecution was offering. Petitioner noted that the only reason the prosecution is offering these " crazy deals " is because Counsel is bargaining against the backdrop of a " Johnson Issue ' and not my Actual innocence and as long as Counsel for Petitioner seek to Stay petitioner's § 2241 so they can " deal " with the Prosecution they are in effect harming Petitioner. The prosecution lied and defrauded the Court/Jury claiming that petitioner's car was cleaned where the evidence proves that it was " not clean," and their " star witnesses " conspired to hide the car that they were in so the car wouldn't be subjected to forensics testing, because as petitioner state, they were and are the real murderers. The prosecution lied and defrauded the Court/jury claiming that there were no fingerprints in the alleged carjacking vehicle, when in fact there were fingerprints and those prints don't match Petitioner. Now the prosecution, and it appears, with help from petitioner's counsel just want the Courts to ignore these critical facts. Instead of Counsel bargaining away an innocent man's life for a Life sentence they should be filing in the Courts asking the Court to reverse petitioner's convictions and death sentence and issue a certificate of Actual innocence.

In any event Petitioner have lost faith in his Counsel and the trust is irretrievably broken, thus petitioner ask that the Court either allow petitioner to find Counsel that will be on the same page as petitioner and fight for his innocence, or allow petitioner to Continue as a Pro Se Defendant with email access to the Court and the prosecution, whereas petitioner can either get the prosecution to recognize that he is indeed Actually innocent, or the Court can make a conclusion on the issue.

Sincerely/Respectfully

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana 47808

3