# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 25, 2019

*By the Court:*

| No. 18-3389 | IN RE: SHERMAN L. FIELDS, Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:16-cv-00418-JMS-MJD District Judge Jane Magnus-Stinson | |

The following is before the court: **COURT UPDATE ON ATTORNEY/CLIENT RELATIONSHIP**, filed on January 14, 2019, by the pro se appellant.

This mandamus petition is closed. Any updates or requests for relief by petitioner Sherman Fields should be made to his attorney or filed in the district court.

form name: **c7_Order_BTC**(form ID: **178**)